U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
NOVEMBER 9, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6380

In the Matter of

National City Mortgage Co.
v.
Creative Financial Solutions, Inc.; Eugene Bennett; Charles White; Shelly V. Rollinson; and Tommy G. Pililimis

Case Number:

JUDGE BUCKLO
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

National City Mortgage Co., Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Thomas K. Hanekamp | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas K. Hanekamp | |
| FIRM | |
| Tressler, Soderstrom, Maloney & Priess, LLP | |
| STREET ADDRESS | |
| 233 South Wacker Dr., Suite 2200 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6193474 | 312-627-4000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐