AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS  SUMMONS IN A CIVIL CASE

National City Mortgage Co.

V.

Creative Financial Solutions, Ltd.; Eugene Bennett; Charles White; Shelly V. Rollinson; and Tommy G. Pililimis

CASE NUMBER: 07 C 6380

ASSIGNED JUDGE: Judge Bucklo

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Cole

TO: (Name and address of Defendant)

Creative Financial Solutions, Ltd.
55 W. Monroe Street, Suite 500
Chicago, Illinois 60603

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Dr., Suite 2200
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 03 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/17/07 |
| NAME OF SERVER *(PRINT)* DAVID MACEK | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

**(G)** Served personally upon the defendant. Place where served: 55 W. MONROE, SUITE 1200, CHICAGO, IL. 60603

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/17/07
         Date

Signature of Server

Address of Server: 17W480 LAKE ST. Addison, IL 60101

Sworn to and subscribed before me this 18th day of December, 2007
Witness my hand and official seal.
Notary Public  Lena A. Conforto

Official Seal
Lena A. Conforto
Notary Public State of Illinois
My Commission Expires 05/06/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.