AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

National City Mortgage Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 C 6380

V.

ASSIGNED JUDGE: Judge Bucklo

Creative Financial Solutions, Ltd.; Eugene Bennett; Charles White; Shelly V. Rollinson; and Tommy G. Pililimis

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Cole

TO: (Name and address of Defendant)

Eugene Bennett
Creative Financial Solutions, Ltd.
55 W. Monroe Street, Suite 500
Chicago, Illinois 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Dr., Suite 2200
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_

(By) DEPUTY CLERK

DEC 0 3 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 12/17/07 |
| NAME OF SERVER (PRINT) David Macek || TITLE Investigator |

Check one box below to indicate appropriate method of service

- ☒ Served personally upon the defendant. Place where served: 55 W. Monroe, Suite 1200, Chicago, IL 60603

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec 17, 2007            _David Macek_
            Date                    Signature of Server

17 W 480 Lake St. Addison, IL 60101
Address of Server

Sworn to and subscribed before me this 18th day of December, 2007
Witness my hand and official seal.
Notary Public _Lena A. Conforti_

Official Seal
Lena A. Conforti
Notary Public State of Illinois
My Commission Expires 05/05/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.