# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY MORTGAGE CO., ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6380 |
| ) | |
| v. ) | |
| ) | Judge Elaine E. Bucklo |
| CREATIVE FINANCIAL SOLUTIONS, ) | |
| LTD., EUGENE BENNETT; CHARLES ) | Magistrate Judge Jeffrey Cole |
| WHITE; SHELLY V. ROBINSON; and, ) | |
| TOMMY G. PILILIMIS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Thomas K. Hanekamp
      Ryan Taylor
      Tressler, Soderstrom, Maloney & Priess, LLP
      233 S. Wacker Dr., Suite 2200
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on Thursday, January 10, 2008 at 9:30 a.m., we shall appear before the Honorable Elaine E. Bucklo in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Defendants Creative Financial Solutions, Ltd. and Eugene Bennett's Motion To Dismiss Plaintiff's First Amended Complaint,** a copy of which is attached hereto and hereby served upon you.

                         **CREATIVE FINANCIAL SOLUTIONS,**
                         **LTD.** and **EUGENE BENNETT**

                         By:    s/ Harry O. Channon
                              One of the attorneys for Plaintiff

Jeffrey Schulman (#2513080)
Harry O. Channon (#6282644)
**WOLIN, KELTER & ROSEN, LTD.**
55 West Monroe Street, Suite 3600
Chicago, Illinois 60603
312.424.0600
312.424.0660 (fax)

{F:\wpdocs\4109\10205\00109741.DOC;}

## CERTIFICATE OF SERVICE

Harry O. Channon, an attorney, hereby certifies that he caused a copy of this Notice and **Defendants Creative Financial Solutions, Ltd. and Eugene Bennett's Motion To Dismiss Plaintiff's First Amended Complaint**, to be served via electronic delivery upon:

Thomas K. Hanekamp
Ryan Taylor
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 S. Wacker Dr., Suite 2200
Chicago, Illinois 60606

on this 4th day of January, 2008, before 5:00 p.m.

                                          s/ Harry O. Channon
                                          Harry O. Channon