# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY MORTGAGE CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CREATIVE FINANCIAL SOLUTIONS, ) <br> LTD., EUGENE BENNETT; CHARLES ) <br> WHITE; SHELLY V. ROBINSON; and, ) <br> TOMMY G. PILILIMIS, ) <br> ) <br> Defendants. ) | No. 07 C 6380 <br><br> Judge Elaine E. Bucklo <br><br> Magistrate Judge Jeffrey Cole |

## DEFENDANT CREATIVE FINANCIAL SOLUTIONS, LTD.'S DISCLOSURE STATEMENT REGARDING NOTIFICATION OF AFFILIATES

NOW COMES the Defendant, Creative Financial Solutions, Ltd. ("Creative"), by and through its attorneys, pursuant to Local Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, and hereby states as follows:

1. Creative does not have any publicly held affiliates.

Respectfully submitted,

**CREATIVE FINANCIAL SOLUTIONS, LTD.**

By: ___s/ Harry O. Channon___
One of its attorneys

Jeffrey Schulman (#2513080)
Harry O. Channon (#6282644)
**WOLIN, KELTER & ROSEN, LTD.**
55 West Monroe, Suite 3600
Chicago, Illinois 60603
(312) 424-0600
(312) 424-0660 (fax)

{F:\wpdocs\4109\10205/00109779.DOC;}

## **CERTIFICATE OF SERVICE**

Harry O. Channon, an attorney, hereby certifies that he caused a copy of this Notice and **Defendant Creative Financial Solutions, Ltd.'s Disclosure Statement Regarding Notification of Affiliates**, to be served via electronic delivery upon:

> Thomas K. Hanekamp
> Ryan Taylor
> TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
> 233 S. Wacker Dr., Suite 2200
> Chicago, Illinois 60606

on this 4th day of January, 2008, before 5:00 p.m.

                                              s/ Harry O. Channon
                                                Harry O. Channon