IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY MORTGAGE CO., <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE FINANCIAL SOLUTIONS, LTD.; EUGENE BENNETT; CHARLES WHITE; SHELLY V. ROLLINSON; and TOMMY G. PILILIMIS <br><br> Defendants. | Case No.: 07 C 6380 <br> Judge Bucklo <br> Magistrate Judge Cole |

## PLAINTIFF NATIONAL CITY MORTGAGE CO.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND NORTHERN DISTRICT OF ILLINOIS LOAN RULE 3.2

Plaintiff National City Mortgage Co. by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, hereby submits the following Corporate Disclosure Statement:

Plaintiff National City Mortgage Co. is a wholly owned subsidiary of National City Bank. National City Corporation, a publicly traded company, is the sole shareholder of National City Bank.

Dated: January 11, 2008.

Respectfully Submitted,

NATIONAL CITY MORTGAGE CO.

By: /s/ Ryan Taylor
One of Its Attorneys

Thomas K. Hanekamp
Ryan Taylor

Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, Suite 2200
233 South Wacker Drive
Chicago, Illinois 60606
(312) 627-4000

David A. Elliott
Matthew T. Mitchell
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

*Attorneys For Plaintiff*

RT/318746