AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

National City Mortgage Co.

V.

Creative Financial Solutions, Ltd.; Eugene Bennett; Charles White; Shelly V. Rollinson; and Tommy G. Pililimis

CASE NUMBER: 07 C 6380

ASSIGNED JUDGE: Judge Bucklo

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Cole

TO: (Name and address of Defendant)

Tommy G. Pililimis
1104 Seymour Avenue
Des Plaines, Illinois 60016-5730

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Dr., Suite 2200
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 03 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE January 27, 2008 |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* Wm L. Shurtleff | TITLE Accident Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: George Pildis-Father

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan. 27, 2008    Wm L. Shurtleff
            Date              Signature of Server

17W 480 Lake St.
Address of Server
Addison, IL  60101

Sworn to and subscribed before me this 28th day of January, 2008.
Witness my hand and official seal.
Notary Public  [signature]

Official Seal
Lena A. Conforti
Notary Public State of Illinois
My Commission Expires 05/05/09

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.