IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY MORTGAGE CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CREATIVE FINANCIAL SOLUTIONS, LTD.; ) <br> EUGENE BENNETT; CHARLES WHITE; ) <br> SHELLY V. ROLLINSON; and TOMMY G. ) <br> PILILIMIS ) <br> ) <br> Defendants. ) | Case No.: 07 C 6380 <br><br> Judge Bucklo <br><br> Magistrate Judge Cole |

### NOTICE OF FILING

TO:   Jeffrey Schulman
      Harry O. Channon
      Wolin, Kelter & Rosen, Ltd.
      55 West Monroe, Suite 3600
      Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on the 28th day of January, 2008, there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff National City Mortgage Co.'s Response In Opposition To Defendants Creative Financial Solutions, Ltd. And Eugene Bennett's Motion To Dismiss Plaintiff's First Amended Complaint**.

                              NATIONAL CITY MORTGAGE CO.

                              By:    /s/   Ryan Taylor
                                   One of Its Attorneys

David A. Elliott                       Thomas K. Hanekamp
Matthew T. Mitchell                    Ryan Taylor
Burr & Forman LLP                      Tressler, Soderstrom, Maloney & Priess, LLP
420 North 20th Street, Suite 3400      Sears Tower, Suite 2200
Birmingham, Alabama 35203              233 South Wacker Drive
(205) 251-3000                         Chicago, Illinois 60606
                                       (312) 627-4000

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed **Plaintiff National City Mortgage's Response In Opposition To Defendants Creative Financial Solutions, Ltd. And Eugene Bennett's Motion To Dismiss Plaintiff's First Amended Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

>Jeffrey Schulman
>Harry O. Channon
>Wolin, Kelter & Rosen, Ltd.
>55 West Monroe, Suite 3600
>Chicago, Illinois 60603

NATIONAL CITY MORTGAGE CO.

By:   /s/   **Ryan Taylor**
One of Its Attorneys

| | |
|---|---|
| David A. Elliott | Thomas K. Hanekamp |
| Matthew T. Mitchell | Ryan Taylor |
| Burr & Forman LLP | Tressler, Soderstrom, Maloney & Priess, LLP |
| 420 North 20th Street, Suite 3400 | Sears Tower, Suite 2200 |
| Birmingham, Alabama 35203 | 233 South Wacker Drive |
| (205) 251-3000 | Chicago, Illinois 60606 |
| | (312) 627-4000 |

*Attorneys for Plaintiff*

RT/321501