IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY MORTGAGE CO., <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE FINANCIAL SOLUTIONS, LTD.; EUGENE BENNETT; CHARLES WHITE; SHELLY V. ROLLINSON; and TOMMY G. PILILIMIS <br><br> Defendants. | Case No.: 07 C 6380 <br><br> **Judge Bucklo** <br><br> Magistrate Judge Cole |

## MOTION TO AMEND ENTITY NAME

**NOW COMES** the entity heretofore known as National City Mortgage Co. and hereby notifies the Court and all parties that its name has been changed to National City Bank.

**Dated:** February 7, 2008.

Respectfully submitted,

NATIONAL CITY MORTGAGE CO.

By: ___/s/   Ryan Taylor___
One of Its Attorneys

David A. Elliott
Matthew T. Mitchell
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama  35203
(205) 251-3000

Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, Suite 2200
233 South Wacker Drive
Chicago, Illinois  60606
(312) 627-4000

*Attorneys for Plaintiff*

RT/321896