IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY MORTGAGE CO., <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE FINANCIAL SOLUTIONS, LTD.; EUGENE BENNETT; CHARLES WHITE; SHELLY V. ROLLINSON; and TOMMY G. PILILIMIS <br><br> Defendants. | Case No.: 07 C 6380 <br><br> **Judge Bucklo** <br><br> Magistrate Judge Cole |

## NOTICE OF MOTION

**TO:** Jeffrey Schulman
Harry O. Channon
Wolin, Kelter & Rosen, Ltd.
55 West Monroe, Suite 3600
Chicago, Illinois 60603

PLEASE TAKE NOTICE that, unless otherwise instructed by the Court, on **Wednesday, February 13th, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1441 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **Plaintiff's Motion To Amend Entity Name**, a copy of which is attached hereto and hereby served upon you.

NATIONAL CITY MORTGAGE CO.

By: /s/ Ryan Taylor
One of Its Attorneys

David A. Elliott
Matthew T. Mitchell
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

*Attorneys for Plaintiff*

Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, Suite 2200
233 South Wacker Drive
Chicago, Illinois 60606
(312) 627-4000

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed **Plaintiff's Motion To Amend Entity Name** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

>Jeffrey Schulman
>Harry O. Channon
>Wolin, Kelter & Rosen, Ltd.
>55 West Monroe, Suite 3600
>Chicago, Illinois 60603

NATIONAL CITY MORTGAGE CO.

By: /s/ **Ryan Taylor**
    One of Its Attorneys

| | |
|---|---|
| David A. Elliott | Thomas K. Hanekamp |
| Matthew T. Mitchell | Ryan Taylor |
| Burr & Forman LLP | Tressler, Soderstrom, Maloney & Priess, LLP |
| 420 North 20th Street, Suite 3400 | Sears Tower, Suite 2200 |
| Birmingham, Alabama 35203 | 233 South Wacker Drive |
| (205) 251-3000 | Chicago, Illinois 60606 |
| | (312) 627-4000 |

*Attorneys for Plaintiff*

RT/321897