**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL CITY MORTGAGE CO., ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6380 |
| ) | |
| v. ) | |
| ) | |
| CREATIVE FINANCIAL SOLUTIONS, ) | Judge Elaine E. Bucklo |
| LTD., EUGENE BENNETT; CHARLES ) | |
| WHITE; SHELLY V. ROBINSON; and, ) | |
| TOMMY G. PILILIMIS, ) | Magistrate Judge Jeffrey Cole |
| ) | |
| Defendants. ) | |
| ) | |

<u>**NOTICE OF FILING**</u>

TO:    Thomas K. Hanekamp
       Ryan Taylor
       Tressler, Soderstrom, Maloney & Priess, LLP
       233 S. Wacker Dr., Suite 2200
       Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on the 12th day of February, 2008 we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, **Defendants Creative Financial Solutions, Ltd. and Eugene Bennett's Reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss,** a copy of which is attached hereto and hereby served upon you.

                              **CREATIVE FINANCIAL SOLUTIONS, LTD.**
                              and **EUGENE BENNETT**


                              By: _____s/ Harry O. Channon_____
                                   One of their Attorneys

Jeffrey Schulman (#2513080)
Harry O. Channon (#6282644)
**WOLIN, KELTER & ROSEN, LTD.**
55 West Monroe Street, Suite 3600
Chicago, Illinois 60603
312.424.0600
312.424.0660 (fax)

{F:\wpdocs\4109\10205/00111686.DOC;}

## <u>CERTIFICATE OF SERVICE</u>

Harry O. Channon, an attorney, hereby certifies that he caused a copy of this Notice and **Reply In Support of Defendants Creative Financial Solutions, Ltd. and Eugene Bennett's Motion To Dismiss Plaintiff's First Amended Complaint, Or In The Alternative, For a More Definite Statement**, to be served via electronic delivery upon:

Thomas K. Hanekamp
Ryan Taylor
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 S. Wacker Dr., Suite 2200
Chicago, Illinois 60606

on this 12th day of February, 2008, before 5:00 p.m.

s/ Harry O. Channon

Harry O. Channon