# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6380 | **DATE** | 2/12/2008 |
| **CASE TITLE** | National City Mortgage vs. Creative Financial, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to amend entity name is granted. Accordingly, plaintiff's name on the docket has been changed to National City Bank. The Docket Clerk is directed to make the change on the docket sheet.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|