# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **NATIONAL CITY BANK,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07 C 6380 |
| ) | |
| **CREATIVE FINANCIAL SOLUTIONS, LTD.,** ) | Judge Bucklo |
| **EUGENE BENNETT, CHARLES WHITE**, ) | |
| **SHELLY V. ROBINSON, and** ) | Magistrate Judge Cole |
| **TOMMY G. PILILIMIS**, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:    See attached service list.

    PLEASE TAKE NOTICE that on Tuesday, February 26, 2008 at 9:30 a.m., I shall appear before Judge Bucklo in Courtroom 1414, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604 and present the attached Motion to Dismiss Counts IV And V of Plaintiff's First Amended Complaint and Memorandum in Support of that Motion on behalf of Defendant, Tommy G. Pililimis. A true copy is hereby served upon you.

                                                                               s/Anthony Pinelli
                                                                               **ANTHONY PINELLI**
                                                                               One of Defendant Pililimis' attorneys

**ANTHONY PINELLI**
Law Offices of Anthony Pinelli
53 West Jackson Blvd., Suite 1460
Chicago, Illinois 60604
312/583-9270

**SUSAN M. PAVLOW**
Law Offices of Susan M. Pavlow
53 West Jackson Blvd., Suite 1460
Chicago, Illinois 60604
312/322-0094

C:\MyFiles\Pililimis\Pleading\nom001ap.wpd

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice of Motion to Dismiss Counts IV And V of Plaintiff's First Amended Complaint on behalf of Defendant, Tommy G. Pililimis, was served on February 19, 2008, in accordance with Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                    s/Anthony Pinelli
                                                    **ANTHONY PINELLI**

## SERVICE LIST

David A. Elliot
Matthew T. Mitchell
Burr and Forman LLP
420 North 20th Street, Suite 3400
P.O. Box 830719
Birmingham, Alabama 35283-0719

Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, Suite 2200
233 S. Wacker Drive
Chicago, Illinois 60606

Jeffrey A. Schulman
Harry O. Channon
Wolin, Kelter & Rosen Ltd.
55 West Monroe St., Suite 3600
Chicago, Illinois 60606