Case 1:07-cv-06380   Document 39-3   Filed 03/06/2008   Page 1 of 2   P.2
12-27-2007 2:58PM   FROM
Case 1:07-cv-06380   Document 14   Filed 12/31/2007   Page 1 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

National City Mortgage Co.

V.

Creative Financial Solutions, Ltd.; Eugene Bennett; Charles White; Shelly V. Rollinson; and Tommy G. Pililimis

CASE NUMBER: 07 C 6380

ASSIGNED JUDGE: Judge Bucklo

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Cole

TO: (Name and address of Defendant)

Shelly V. Rollinson
15100 S. Blackstone
Chicago, Illinois 60619

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Dr., Suite 2200
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 03 2007

DATE

Case 1:07-cv-06380   Document 39-3   Filed 03/06/2008   Page 2 of 2   P.3
12-27-2007 2:59PM   FROM
Case 1:07-cv-06380   Document 14   Filed 12/31/2007   Page 2 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1)   DATE *December 21, 2007*

NAME OF SERVER (PRINT) *Wm. L. Shurtleff*   TITLE *Accident Investigator*

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *12-21-07 8:37AM Summons left with (Mother) Mildred Robinson, For Shelly D. Robinson*

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Dec. 27, 2007*   *Wm. L. Shurtleff*
              Date                Signature of Server

Address of Server: *17 W 480 Lake Street, Addison, IL 60101*

Sworn to and subscribed before me this *27th* day of *December 2007*
Witness my hand and official seal.
Notary Public *Lena A. Conforti*

Official Seal
Lena A. Conforti
Notary Public State of Illinois
My Commission Expires 05/06/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.