IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY BANK,<br><br>        Plaintiff,<br><br>v.<br><br>CREATIVE FINANCIAL SOLUTIONS, LTD.;<br>EUGENE BENNETT; CHARLES WHITE;<br>SHELLY V. ROLLINSON; and TOMMY G.<br>PILILIMIS,<br><br>        Defendants. | Case No.: 07 C 6380<br><br>**Judge Bucklo**<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

TO:    Jeffrey Schulman                  Anthony Pinelli
        Harry O. Channon               Law Offices of Anthony Pinelli
        Wolin, Kelter & Rosen, Ltd.      53 W. Jackson Blvd., Suite 1460
        55 West Monroe, Suite 3600     Chicago, Illinois 60604
        Chicago, Illinois 60603

     PLEASE TAKE NOTICE that, unless otherwise instructed by the Court, on **Wednesday, March 12th, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1441 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **Plaintiff's Motion For Default Judgment Against Defendant Shelly V. Rollinson**, a copy of which is attached hereto and hereby served upon you.

                                    NATIONAL CITY BANK

                                    By:    **/s/   Ryan Taylor**
                                           One of Its Attorneys

| | |
|---|---|
| David A. Elliott<br>Matthew T. Mitchell<br>Burr & Forman LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, Alabama 35203<br>(205) 251-3000<br><br>*Attorneys for Plaintiff* | Thomas K. Hanekamp<br>Ryan Taylor<br>Tressler, Soderstrom, Maloney & Priess, LLP<br>Sears Tower, Suite 2200<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 627-4000 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed **Plaintiff's Motion For Default Judgment Against Defendant Shelly V. Rollinson** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

Jeffrey Schulman
Harry O. Channon
Wolin, Kelter & Rosen, Ltd.
55 West Monroe, Suite 3600
Chicago, Illinois 60603

Anthony Pinelli
Law Offices of Anthony Pinelli
53 W. Jackson Blvd., Suite 1460
Chicago, Illinois 60604

NATIONAL CITY BANK

By: /s/ Ryan Taylor
One of Its Attorneys

David A. Elliott
Matthew T. Mitchell
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

*Attorneys for Plaintiff*

Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, Suite 2200
233 South Wacker Drive
Chicago, Illinois 60606
(312) 627-4000

RT/323217