IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY BANK,<br><br>        Plaintiff,<br><br>v.<br><br>CREATIVE FINANCIAL SOLUTIONS, LTD.;<br>EUGENE BENNETT; CHARLES WHITE;<br>SHELLY V. ROLLINSON; and TOMMY G.<br>PILILIMIS<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No.: 07 C 6380<br>)<br>) **Judge Bucklo**<br>)<br>) Magistrate Judge Cole<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:    Jeffrey Schulman                      Anthony Pinelli
          Harry O. Channon                 Law Offices of Anthony Pinelli
          Wolin, Kelter & Rosen, Ltd.      53 W. Jackson Blvd., Suite 1460
          55 West Monroe, Suite 3600      Chicago, Illinois 60604
          Chicago, Illinois 60603

      PLEASE TAKE NOTICE that on the 17th day of March, 2008, there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff National City Bank's Response In Opposition To Defendant Tommy G. Pililimis' Motion To Dismiss Counts IV and V of Plaintiff's First Amended Complaint**.

                                  NATIONAL CITY BANK

                                    By:    /s/   **Ryan Taylor**
                                              One of Its Attorneys

Reid S. Manley                                Thomas K. Hanekamp
Matthew T. Mitchell                       Ryan Taylor
Burr & Forman LLP                     Tressler, Soderstrom, Maloney & Priess, LLP
420 North 20th Street, Suite 3400     Sears Tower, Suite 2200
Birmingham, Alabama 35203         233 South Wacker Drive
(205) 251-3000                               Chicago, Illinois 60606
                                             (312) 627-4000

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed **Plaintiff National City Bank's Response In Opposition To Defendant Tommy G. Pililimis' Motion To Dismiss Counts IV and V of Plaintiff's First Amended Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jeffrey Schulman
Harry O. Channon
Wolin, Kelter & Rosen, Ltd.
55 West Monroe, Suite 3600
Chicago, Illinois 60603

Anthony Pinelli
Law Offices of Anthony Pinelli
53 W. Jackson Blvd., Suite 1460
Chicago, Illinois 60604

NATIONAL CITY BANK

By:   /s/   Ryan Taylor
        One of Its Attorneys

Reid S. Manley
Matthew T. Mitchell
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

*Attorneys for Plaintiff*

Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, Suite 2200
233 South Wacker Drive
Chicago, Illinois 60606
(312) 627-4000

RT/323806