## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL CITY BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 6380 |
| v. | ) | |
| | ) | **Judge Bucklo** |
| CREATIVE FINANCIAL SOLUTIONS, LTD.; | ) | |
| EUGENE BENNETT; CHARLES WHITE; | ) | Magistrate Judge Cole |
| SHELLY V. ROLLINSON; and TOMMY G. | ) | |
| PILILIMIS, | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED REPORT OF PARTIES PLANNING MEETING

1.   **Meeting.**  Pursuant to FED. R. CIV. P. 26(f), a meeting was held on May 7, 2008 by teleconference and was attended by:

Matthew T. Mitchell for plaintiff National City Bank

Harry O. Channon for defendant Creative Financial Solutions, Ltd.

Harry O. Channon  for defendant Eugene Bennett

Anthony Pinelli for defendant Tommy G. Pililimis

2.   **Pre-trial Schedule.**  The parties jointly propose to the court the following discovery plan:

a.   Discovery will be needed on the following subjects:

Generally speaking, plaintiff seeks discovery relating to the origination, processing, and underwriting of the loans at issue, borrower qualifications, the reasons for the repurchase demands, the repurchase demands themselves, and defendants' handling of the repurchase demands, and any and all facts alleged in the Complaint and causes of action relating thereto.  Generally speaking defendant Creative Financial Solutions, Ltd. seeks discovery relating to the allegations asserted in the Complaint.  Defendant Tommy Pililimis seeks discovery relating to the property appraisals referenced in the Complaint.  It is still very early in this litigation, and the parties reserve the right to supplement the subjects on which discovery will be sought.

b.    Disclosures pursuant to FED. R. CIV. 26(a)(1) to be made by June 9, 2008.  All discovery to be commenced in time to be completed by February 13, 2009.

c.    The parties expect they will need approximately 30 depositions.

d.    Reports from retained experts under Rule 26(a)(2) due:

from plaintiff by September 19, 2008

from defendants by October 17, 2008

e.    All potentially dispositive motions should be filed by March 18, 2009.

f.    Final pretrial order:  Plaintiff to prepare proposed draft by May 15, 2009; parties to file joint final pretrial order by May 29, 2009.

g.    The case should be ready for trial by June 8, 2009 and at this time is expected to take approximately one week.

3.    **Settlement.**  The parties have not yet discussed settlement.

4.    **Consent.**  Parties do not consent unanimously to proceed before a Magistrate Judge.


Date:    May 7, 2008.

_____
Counsel for plaintiff
NATIONAL CITY BANK


_____
Counsel for defendant
CREATIVE FINANCIAL SOLUTIONS, LTD.


_____
Counsel for defendant
EUGENE BENNETT


_____
Counsel for defendant
TOMMY G. PILILIMIS


RT/326363