UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

National City Mortgage Co.
                              Plaintiff,

v.                                         Case No.: 1:07−cv−06380
                                           Honorable Elaine E. Bucklo

Eugene Bennett, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 9, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:Status hearing held on 5/9/2008 and the court approved parties' scheduling order. Plaintiff shall comply with FRCP(26)(a)(2) by 9/19/08. Defendant shall comply with FRCP(26)(a)(2) by 10/17/08. Status hearing set for 8/6/2008 at 09:30 AM. Discovery ordered closed by 2/13/2009. Dispositive motions with supporting memoranda due by 3/18/2009.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.