THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY BANK<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE FINANCIAL SOLUTIONS, LTD., EUGENE BENNETT; CHARLES WHITE; SHELLY V. ROLLINSON; and, TOMMY G. PILILIMIS,<br><br>Defendants. | No. 07 C 6380<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF FILING

TO:   See Attached Service List

    PLEASE TAKE NOTICE that on the **21st day of May, 2008** we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, **DEFENDANTS CREATIVE FINANCIAL SOLUTIONS, LTD. AND EUGENE BENNETT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND CROSS-CLAIM FOR CONTRIBUTION AGAINST DEFENDANTS CHARLES WHITE, SHELLY V. ROLLINSON AND TOMMY G. PILILIMIS,** a copy of which is attached hereto and hereby served upon you.

    Respectfully Submitted,

    **CREATIVE FINANCIAL SOLUTIONS, LTD.**
    and **EUGENE BENNETT**


    By:   s/ Harry O. Channon
           One of their Attorneys

Jeffrey Schulman (#2513080)
Harry O. Channon (#6282644)
**WOLIN, KELTER & ROSEN, LTD.**
55 West Monroe Street, Suite 3600
Chicago, Illinois 60603
312.424.0600
312.424.0660 (fax)

{F:\wpdocs\4109\10205/00117078.DOC;}

## CERTIFICATE OF SERVICE

  Harry O. Channon, an attorney, hereby certifies that he caused a copy of this Notice and **DEFENDANTS CREATIVE FINANCIAL SOLUTIONS, LTD. AND EUGENE BENNETT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND CROSS-CLAIM FOR CONTRIBUTION AGAINST DEFENDANTS CHARLES WHITE, SHELLY V. ROLLINSON AND TOMMY G. PILILIMIS**, to be served upon the parties indicated below electronically via the court's ECF system on May 21, 2008:

*For National City Bank*
Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Dr., Suite 2200
Chicago, Illinois 60606
rtaylor@tsmp.com
thanekamp@tsmp.com

and

David Elliott
Matthew Thomas Mitchell
Reid Stevens Manley
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
mmitchell@burr.com
rmanley@burr.com

*For Tommy G. Pililimis*
Anthony Pinelli
Law Offices of Anthony Pinelli
53 W. Jackson, Suite 1460
Chicago, IL 60604
apinelli@algxmail.com

            s/ Harry O. Channon
            Harry O. Channon (#6282644)
            Wolin, Kelter & Rosen, Ltd.
            55 West Monroe Street, Suite 3600
            Chicago, IL 60603
            312-424-0600
            312-424-0660 (facsimile)
            hchannon@wolinlaw.com