IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY BANK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CREATIVE FINANCIAL SOLUTIONS, LTD.;<br>EUGENE BENNETT; CHARLES WHITE;<br>SHELLY V. ROLLINSON; and TOMMY G.<br>PILILIMIS,<br><br>　　　　Defendants. | Case No.: 07 C 6380<br><br>**Judge Bucklo**<br><br>Magistrate Judge Cole |

## JOINT MOTION TO EXTEND THE COURT-ORDERED DEADLINE FOR SUBMITTING EXPERT REPORTS

Plaintiff National City Bank ("National City") and Defendants Creative Financial Solutions, Ltd. ("Creative Financial"), Eugene Bennett, and Tommy G. Pililimis[1], and hereby jointly request that the Court extend the parties' deadlines for submitting expert reports by six weeks. In support thereof, the parties state as follows:

1.　Pursuant to the Court's Scheduling Order, National City and Defendants' deadlines for submitting expert reports are September 19, 2008, and October 17, 2008, respectively.

2.　National City and Defendants Creative Financial and Eugene Bennett are currently exploring whether the case can be resolved.

3.　Rather than incur the potentially unnecessary expense of retaining expert witnesses, National City and Defendants Creative Financial and Eugene Bennett respectfully

---

[1] Charles White was not served and has not appeared in this matter and, as such, need not consent to this motion. National City has already obtained a default judgment as to Defendant Shelly V. Rollinson.

request that the Court extend the deadline for submitting expert reports by six weeks or until October 31, 2008, and November 28, 2008, respectively.

    4.    Defendant Tommy G. Pililimis has consented to this motion.

WHEREFORE, National City and Defendants Creative Financial, Eugene Bennett, and Tommy G. Pililimis respectfully request that the Court extend the parties' deadlines for submitting expert reports by six (6) weeks or until October 31, 2008, and November 28, 2008, respectively.

    Respectfully submitted,

    /s/ **RYAN TAYLOR**
Thomas K. Hanekamp
Ryan Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, Suite 2200
233 South Wacker Drive
Chicago, Illinois 60606
(312) 627-4000

Reid S. Manley (Admitted Pro Hac)
Matthew T. Mitchell (Admitted Pro Hac)
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

  Counsel for plaintiff
  NATIONAL CITY BANK

  /s/ **HARRY O. CHANNON**
Jeffrey A. Schulman
Harry O. Channon
Wolin, Kelter & Rosen Ltd.
55 West Monroe St., Suite 3600
Chicago, Illinois 60606

  Counsel for defendants
  CREATIVE FINANCIAL SOLUTIONS,
  LTD. AND EUGENE BENNETT

       /s/ **Anthony Pinelli**
       Anthony Pinelli
       Law Offices of Anthony Pinelli
       53 West Jackson Blvd., Suite 1460
       Chicago, Illinois 60604

       Counsel for defendant
       Tommy G. Pililimis