IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL CITY BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 07 C 6380 |
| | ) | |
| CREATIVE FINANCIAL SOLUTIONS, LTD.; | ) | **Judge Bucklo** |
| EUGENE BENNETT; CHARLES WHITE; | ) | |
| SHELLY V. ROLLINSON; and TOMMY G. | ) | Magistrate Judge Cole |
| PILILIMIS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF MOTION

TO: Jeffrey Schulman            Anthony Pinelli
    Harry O. Channon            Law Offices of Anthony Pinelli
    Wolin, Kelter & Rosen, Ltd. 53 W. Jackson Blvd., Suite 1460
    55 West Monroe, Suite 3600  Chicago, Illinois 60604
    Chicago, Illinois 60603

PLEASE TAKE NOTICE that, unless otherwise instructed by the Court, on **Thursday, September 18th, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1441 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present a **Joint Motion To Extend The Court Ordered Deadline For Submitting Expert Reports**, a copy of which is attached hereto and hereby served upon you.

NATIONAL CITY BANK

By: **/s/ Ryan Taylor**
    One of Its Attorneys

Reid S. Manley                  Thomas K. Hanekamp
Matthew T. Mitchell             Ryan Taylor
Burr & Forman LLP               Tressler, Soderstrom, Maloney & Priess, LLP
420 North 20th Street, Suite 3400   Sears Tower, Suite 2200
Birmingham, Alabama 35203       233 South Wacker Drive
(205) 251-3000                  Chicago, Illinois 60606
                                (312) 627-4000

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2008, I electronically filed a **Joint Motion To Extend The Court-Ordered Deadline For Submitting Expert Reports** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

| | |
|---|---|
| Jeffrey Schulman | Anthony Pinelli |
| Harry O. Channon | Law Offices of Anthony Pinelli |
| Wolin, Kelter & Rosen, Ltd. | 53 W. Jackson Blvd., Suite 1460 |
| 55 West Monroe, Suite 3600 | Chicago, Illinois 60604 |
| Chicago, Illinois 60603 | |

NATIONAL CITY BANK

By:  /s/ Ryan Taylor
One of Its Attorneys

| | |
|---|---|
| Reid S. Manley | Thomas K. Hanekamp |
| Matthew T. Mitchell | Ryan Taylor |
| Burr & Forman LLP | Tressler, Soderstrom, Maloney & Priess, LLP |
| 420 North 20th Street, Suite 3400 | Sears Tower, Suite 2200 |
| Birmingham, Alabama 35203 | 233 South Wacker Drive |
| (205) 251-3000 | Chicago, Illinois 60606 |
| | (312) 627-4000 |

*Attorneys for Plaintiff*

RT/333272