# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

National City Mortgage Co.

                      Plaintiff,

v.                                              Case No.: 1:07−cv−06380
                                              Honorable Elaine E. Bucklo

Eugene Bennett, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's and defendants' joint motion for extension of time [56] until 10/31/08 and 11/28/08 respectively to submit their expert reports is granted.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.